# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHERICE H. LOFTON,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ANDREW SAUL,<br><br>　　　　Defendant(s). | Case No.: 2:21-cv-00549-NJK<br><br>**Order**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The application includes two entire pages that are stricken through with a notation of "NA." *Id.* at 3-4. It is not clear why the information on those pages, including basic items like Plaintiff's assets, would be inapplicable. Moreover, at question 10, Plaintiff indicates that she has or will be paying an attorney, but she does not identify how much. *Id.* at 5. Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** without prejudice. Either a complete application or the filing fee must be paid by April 20, 2021.

IT IS SO ORDERED.

Dated: April 6, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1