CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4846
Facsimile: (415) 744-0134
E-Mail: sathya.oum@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHERICE H. LOFTON, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:21-CV-00549-NJK <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: September 26, 2021          Respectfully submitted,

                                                     ROHLFING & KALAGIAN

                                                     */s/ Marc V. Kalagian*
                                                     MARC V. KALAGIAN
                                                   (*as authorized via email)
                                                   Attorney for Plaintiff

Dated: September 26, 2021          Respectfully submitted,

                                                   CHRISTOPHER CHIOU
                                                   Acting United States Attorney

                                                   */s/ Sathya Oum*
                                                   SATHYA OUM
                                                   Special Assistant United States Attorney
                                                   Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: September 27, 2021